Same case below, 28 So. 3d 50.

**No. 10-5486. Jason Rebardi, Petitioner v. Burl Cain, Warden.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7376.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5487. Michael J. Sullivan, Petitioner v. California.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7476.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5488. Jose Miguel Olivo-Rodriguez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 924, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7271.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5489. Suman Mehta, Petitioner v. Court of Appeal of California, Third Appellate District, et al.**

562 U.S. 924, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7316.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5491. John Vega, Petitioner v. New York.**

562 U.S. 925, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7485.

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 68 App. Div. 3d 665, 892 N.Y.S.2d 355.

**No. 10-5492. Ken Williams, Petitioner v. Steve Rader, Warden.**

562 U.S. 925, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7419.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5493. Mitchell Moore, Petitioner v. Ohio.**

562 U.S. 925, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7313.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Lucas County, denied.

**No. 10-5494. Johnnie Lewis Norton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 925, 131 S. Ct. 308, 178 L. Ed. 2d 200, 2010 U.S. LEXIS 7616.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.